THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Frances
 Troxell, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Gordon G. Cooper, Circuit Court Judge

Unpublished Opinion No. 2010-UP-266
 Submitted March 1, 2010  Filed May 4,
2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM: Frances Troxell appeals the trial court's
 order of restitution from her guilty plea to assault and battery of a high and
 aggravated nature, arguing the court erred in ordering restitution when the
 hearing was not held in a timely manner.  After
 a thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
SHORT,
 WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.